567 A.2d 1043

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Dynel McMILLAN.**

Supreme Court of Pennsylvania.

Argued Dec. 15, 1989.

Decided Jan. 5, 1990.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Harriett Brumberg, for appellant.

John W. Packel, Chief, Appeals Div., Leonard N. Sosnov, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.